**B3A (Official Form 3A) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re ___Mercedez C Banks_____   Case No. _____

_____   Chapter ___13_____
Debtor(s)

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $_274.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _____70.00___ Check one   ■  With the filing of the petition, or
                                       ☐  On or before   _____

    $ _____67.00___ on or before        4/09/09

    $ _____68.50___ on or before        5/09/08

    $ _____68.50___ on or before        6/09/08

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date ___March  8, 2009_____   Signature   _/s/ Mercedez C Banks_____
                                                       Mercedez C Banks
_/s/ Michelle Gilbert_____               Debtor
Attorney for Debtor(s)
Michelle Gilbert
Legal Assistance Foundation of
Metropolitan Chicago
111 W. Jackson, Suite 300
Chicago, IL 60604
312-341-1070
Fax: 312-341-1041
mgilbert@lafchicago.org

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
### Northern District of Illinois

In re    Mercedez C Banks _____    Case No. _____

_____ Debtor(s)    Chapter    13 _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐  With the filing of the petition, or
                                 ☐  On or before    _____

$ _____    on or before    _____

$ _____    on or before    _____

$ _____    on or before    _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date    _____        _____
                                                        *United States Bankruptcy Judge*